No. 407.  MORRIS v. CALIFORNIA.  November 13, 1944.

No. —.  EX PARTE ALBERT MORRIS.  November 13, 1944.

No. —.  EX PARTE ANN H. P. KENT, FOR AND ON BEHALF OF TYLER KENT.  November 13, 1944.  The petition for rehearing and for other relief is denied.

No. 155.  DENICKE ET AL. v. ANGLO CALIFORNIA NATIONAL BANK ET AL.;
No. 196.  DENICKE v. BRIGHAM ET AL.; and
No. 197.  DOBLE v. BUCK ET AL.  November 13, 1944.  The petitions for rehearing and for other relief are denied.

No. —.  CURLEY v. FLORIDA.  November 20, 1944.

No. 411.  MASON v. EL DORADO IRRIGATION DISTRICT.  November 20, 1944.

No. 451.  CITY NATIONAL BANK & TRUST CO., TRUSTEE, v. COMMISSIONER OF INTERNAL REVENUE.  November 20, 1944.

No. 386.  IN THE MATTER OF HULON CAPSHAW.  December 4, 1944.

No. 412.  MASON v. GLENN-COLUSA IRRIGATION DISTRICT.  December 4, 1944.